UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ANGEL PUCHA and MARIA ALBA M. PUCHA PUCHAR, individually and on behalf of all other persons similarly situated,

                Plaintiffs,

17-CV-00669 (VB)

**STIPULATION
AND ORDER OF DISMISSAL
WITH PREJUDICE**

-against-

NIGHT OWL CLEANING SERVICES, INC.,
NIGHT OWL II CLEANING SERVICES, INC.,
ARLETE TURTURRO, jointly and severally

                Defendants.
---------------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for Plaintiffs and Defendants that any and all claims asserted by Plaintiffs in the above entitled action are hereby discontinued and dismissed, with prejudice, as against Defendants, without costs or attorneys' fees to any party as against another.

Dated: September 24, 2018
New York, NY

_____
Brandon D. Sherr
Justin A. Zeller
Law Office of Justin A. Zeller, P.C.
277 Broadway, Suite 408
New York, NY 10007-2036
P: (212) 229-2249
F: (212) 229-2246

*Attorneys for Plaintiffs*

Dated: September 17, 2018
New York, NY

_____
Stuart Weinberger, Esq.

Goldberg and Weinberger LLP
630 Third Avenue, 18th Floor
New York, NY 10017
P: (212) 867-9595
F: (212) 949-1857

*Attorneys for Defendants*

SO ORDERED:

9/25/18

_____
HONORABLE VINCENT L. BRICCETTI, U.S.D.J