UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ANGEL PUCHA and MARIA ALBA M.
PUCHA PAUCAR,

                Plaintiffs,

v.

NIGHT OWL CLEANING SERVICES, INC.,
NIGHT OWL II CLEANING SERVICES,
INC., ARLETE TURTURRO, jointly and
severally,

                Defendants.
--------------------------------------------------------------x

**ORDER**

17 CV 669 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/18

      On September 24, 2018, the parties in this Fair Labor Standards Act case filed a settlement agreement (Doc. #59, Ex. A), and a joint statement explaining the basis for the agreement (Doc. #59), as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

      The Court has considered the following factors: (i) the parties' position as to the proper valuation of plaintiffs' claims; (ii) the risks and costs of continuing to litigate; (iii) that plaintiffs are represented by counsel; (iv) that the parties participated in the Court's mediation program; (v) that plaintiffs no longer work for defendants; (vi) that plaintiffs are receiving an amount in excess of the estimated unpaid wages claimed to be owed; and (vii) the fact that the agreement does not contain a confidentiality clause.

      Based on the foregoing, the Court finds the settlement agreement is fair and reasonable, and the product of arm's-length negotiation, not fraud or collusion.

      Additionally, the Court finds the attorneys' fees, which are slightly in excess of one-third of the recovered amount, to be fair and reasonable under the circumstances.

1

## CONCLUSION

The parties' settlement agreement (Doc. #59, Ex. A) is APPROVED, and the case is DISMISSED with prejudice.

All scheduled conferences or other scheduled court appearances are cancelled.

The Clerk is instructed to close this case.

Dated: September 25, 2018
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge